ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paxar Americas Inc

Plaintiff(s)

vs                                       Case No. 3:03-CV-417

ZIH CORP et.al

Defendant(s)

05 - 11233

---

**NOTICE OF TRANSMITTAL**

---

Pursuant to an order of this Court, dated 03/07/2005 and signed by the **Honorable WALTER H. RICE**, United States DISTRICT JUDGE, the above entitled action is transferred to the United States District Court of Massachusetts at Boston.

The papers enclosed herewith constitute the entire file in this case. Certified copies of the order of transfer and of the docket sheet are included.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the filed papers.

JAMES BONINI, CLERK

By: _s/P. Butler_
Case Administrator

Receipt is acknowledged of the documents described herein.

Assigned case number:_____
Date:_____
Clerk, U.S. District Court

_____

By:_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAXAR AMERICAS, INC., | ) | **05 - 11233 DPW** |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:03cv00417 |
| v. | ) | |
| | ) | |
| ZIH CORP., and ZEBRA TECHNOLOGIES CORPORATION, | ) | Judge Walter H. Rice |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO LIFT STAY AND TRANSFER TO MASSACHUSETTS

This case is a declaratory judgment action brought by Plaintiff Paxar Americas, Inc. ("Paxar Americas") against Defendants ZIH Corp. *et al* for noninfringement and invalidity of U.S. Patent Nos. 5,813,343 and 5,860,753 ("the 343 and 753 patents"). The present action ("the Ohio DJ action") has been stayed since July 16, 2004, when this Court entered an Order granting the parties' Joint Motion to Stay Action Pending Judicial Determination.

In the Joint Motion to Stay Action (filed on February 2, 2004), the parties notified this Court of a pending action in the United States District Court for the District of Massachusetts between ZIH Corp. and Paxar Corporation, Paxar Americas' parent company, for infringement of the 343 and 753 patents ("the Massachusetts litigation"). The parties explained that a Motion to Transfer the Massachusetts litigation to Ohio had been briefed and argued, and that the parties were awaiting a decision on the motion by the Honorable Judge Woodlock.

In the Joint Motion to Stay Action, the parties stipulated that, if Judge Woodlock denied the Motion to Transfer, they would seek to transfer the Ohio DJ action to Massachusetts for consolidation with the Massachusetts litigation. The Joint Motion to Stay Action therefore

FROM McANDREWS, HELD, & MALLOY   (MON) 2 28' 05 14:01/ST 14:00/NO 4861050039 P 4

sought to stay the present proceedings pending Judge Woodlock's determination on the Motion to Transfer. This Court granted that Joint Motion to Stay on July 16, 2004.

Judge Woodlock has now made a determination on the Motion to Transfer. During a status hearing on December 20, 2004, Judge Woodlock denied the Motion to Transfer the Massachusetts litigation to Ohio, thereby retaining that litigation in Massachusetts. Accordingly, in view of Judge Woodlock's denial of the Motion to Transfer, the parties respectfully request that this Court lift the present stay of proceedings and transfer this action to the District of Massachusetts so that it may be consolidated with the Massachusetts litigation, *ZIH Corp. v. Paxar Corporation*, Civil Action No. 03-CV-12358DPW.[1]

The parties stipulate that Zebra shall have ten days from the docketing of this case in Massachusetts to address Paxar's pending Motion to Strike.

Date: March 2, 2005

*/s/ Jean Dudek Kuelper*
Jean Dudek Kuelper
James M. Hafertepe
Sandra A. Frantzen
McANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street, 34th Floor
Chicago, IL 60661
312-775-8000

Michael W. Krumholtz
Beiser, Greer & Landis
400 National City Center
6 Main Street
Dayton, OH 45402

ATTORNEYS FOR PLAINTIFF
Paxar Americas, Inc.

Respectfully Submitted,

*/s/ William Meunier*
Douglas J. Kline
William A. Meunier
Richard Myrus
TESTA, HURWITZ & THIBEAULT LLP
125 High Street
Boston, MA 02110
617-248-7000

Lawrence E. Barbiere
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road
Cincinnati, OH 45249

ATTORNEYS FOR DEFENDANTS
Zebra Technologies Corp. *et al*

---

[1] The stipulation to transfer relates only to the Ohio DJ action. It does not relate or apply to another pending action between the parties in this District, *Paxar Americas v. Zebra Tech Corp.*, Civ. Action No. 03-CV-142 (filed April 23, 2003)

Joint Motion to Lift Stay and Transfer - Massachusetts - Page 2

CLOSED, LC2, STAYED

# U.S. District Court
## Southern District of Ohio (Dayton)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00417-WHR
### Internal Use Only

05-11233 DPW

Paxar Americas Inc v. ZIH Corporation
Assigned to: Walter H Rice
Cause: 35:271 Patent Infringement

Date Filed: 11/25/2003
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Paxar Americas Inc**     represented by **Michael William Krumholtz**
Bieser, Greer & Landis - 3
6 North Main Street
400 National City Center
Dayton, OH 45402
937-223-3277
Fax: 937-223-6339
Email: mwk@bgllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Dudek Kuelper**
McAndrews Held & Malloy Ltd
Northwestern Atrium Center
500 W Madison Street
34th Floor
Chicago, IL 60661
312-775-8000
Email: jkuelper@mhmlaw.com
*ATTORNEY TO BE NOTICED*

**Sandra A Frantzen**
McAndrews Held & Malloy Ltd
Northwestern Atrium Center



500 W Madison Street
34th Floor
Chicago, IL 60661
312-775-8000
Email: sfrantzen@mhmlaw.com
*ATTORNEY TO BE NOTICED*

**Steven J Hampton**
McAndrews Held & Malloy Ltd
Northwestern Atrium Center
500 W Madison Street
34th Floor
Chicago, IL 60661
312-775-8000
Email: shampton@mhmlaw.com

*ATTORNEY TO BE NOTICED*

**David Carr Greer**
Bieser, Greer & Landis - 3
6 N Main Street
Dayton, OH 45402
513-223-3277
Email: dcg@bgllaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ZIH Corporation** represented by **Brian M. Gaff**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110-1817
617-517-5597
Fax: 888-325-9725
Email: bgaff@EdwardsAngell.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christopher W Stamos**
Goodwin Procter LLP
53 State Street
Boston, MA 02109
617-570-1267
Email: cstamos@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J Kline**
Testa, Hurwitz & Thibeault
High Street Tower
125 High Street
Boston, MA 02110
617-248-7000
Email: dkline@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A Meunier**
Testa Hurwitz & Thibeault LLP
125 High Street
Boston, MA 02110
617-248-7000
Fax: 617-248-7100
Email: wmeunier@goodwinprocter.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Edward Barbiere**
Schroeder Mundrell Barbiere & Powers - 1
11935 Mason Road

Suite 110
Cincinnati, OH 45249
513-583-4200
Email: lbarbiere@smbplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zebra Technologies Corporation**  represented by  **Lawrence Edward Barbiere**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2003 | 1 | COMPLAINT against ZIH Corporation (Filing fee $ 150.00 Receipt No. 317913), filed by Plaintiff Paxar Americas Inc(phil, ) (Entered: 11/25/2003) |
| 11/25/2003 |  | If case is to be referred, it will be MJ Merz. (phil, ) (Entered: 11/25/2003) |
| 11/25/2003 | 2 | CORPORATE DISCLOSURE STATEMENT by Plaintiff Paxar Americas Inc. (phil, ) (Entered: 11/25/2003) |
| 11/26/2003 | 3 | Summons Issued as to ZIH Corporation. (phil, ) (Entered: 11/26/2003) |
| 12/02/2003 | 4 | SUMMONS Returned Executed by Process Server by Plaintiff Paxar Americas Inc, Defendant ZIH Corporation. ZIH Corporation served on 12/1/2003, answer due 12/21/2003. (rp, ) (Entered: 12/03/2003) |
| 12/10/2003 | 5 | First MOTION for Leave to Appear Pro hac vice *of Attorneys Jean M. Kuelper, Steven J. Hampton and Sandra A. Frantzen* by Plaintiff Paxar Americas Inc. (Attachments: # 1 Exhibit Certificates of Admission)(Krumholtz, Michael) Additional attachment(s) added on 12/16/2003 - PHV Filing Fee Receipt (sc, ). (Entered: 12/10/2003) |

| 12/11/2003 |  | MOTION (STRICKEN 12/11/03 - ATTACHED DOCUMENTS TENDERED INCORRECTLY; MOTION RESUBMITTED AS DOCUMENT 7) to Dismiss for Lack of Jurisdiction by Defendant ZIH Corporation. Responses due by 1/4/2004 (Attachments: # (1) Exhibit A)(Barbiere, Lawrence) Modified on 12/11/2003 to strike (sc, ). (Entered: 12/11/2003) |
|---|---|---|
| 12/11/2003 | 7 | MOTION to Dismiss for Lack of Jurisdiction by Defendant ZIH Corporation. Responses due by 1/4/2004 (Attachments: # 1 Exhibit A)(Barbiere, Lawrence) (Entered: 12/11/2003) |
| 12/17/2003 | 8 | AMENDED COMPLAINT *for Declaratory Judgment Under Fed. R. Civ. P. Rules 15(A) and 20(A)* against ZIH Corporation, filed by Plaintiff Paxar Americas Inc, Defendant ZIH Corporation.(Krumholtz, Michael) (Entered: 12/17/2003) |
| 12/18/2003 | 9 | Summons Issued as to ZIH Corporation. (sc1, ) (Entered: 12/19/2003) |
| 12/19/2003 | 10 | MOTION for Leave to Appear Pro Hac Vice *of Brian M. Gaff* by Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 12/19/2003) |
| 12/19/2003 | 11 | MOTION for Leave to Appear Pro Hac Vice *of William A. Meunier* by Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 12/19/2003) |
| 12/19/2003 | 12 | MOTION for Leave to Appear Pro Hac Vice *of Douglas J. Kline* by Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 12/19/2003) |
| 12/19/2003 | 13 | MOTION for Leave to Appear Pro Hac Vice *of Christopher W. Stamos* by Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 12/19/2003) |
| 12/22/2003 |  | Filing fee: Received for Pro Hac Vices Brian Gaff, William Meunier, Douglas Kline, and Christopher |

| | | |
|---|---|---|
| | | Stamos $ 200.00, receipt number 318094 (phil, ) (Entered: 12/31/2003) |
| 01/05/2004 | 14 | MOTION to Withdraw 7 MOTION to Dismiss for Lack of Jurisdiction by Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 01/05/2004) |
| 01/08/2004 | | NOTATION ORDER sustaining 5 Motion for Leave to Appear of Attorneys Jean M. Kuelper, Steven J. Hampton and Sandra A. Frantzen as co-counsel for Plaintiff . Signed by Judge Walter H Rice on 12/22/03. (kse1, ) (Entered: 01/08/2004) |
| 01/08/2004 | | ***Attorney Jean Dudek Kuelper for Paxar Americas Inc, Steven J Hampton for Paxar Americas Inc, Sandra A Frantzen for Paxar Americas Inc added. (jt, ) (Entered: 02/24/2004) |
| 01/12/2004 | 15 | ANSWER to Amended Complaint *by defendant Zebra Technologies Corporation and* by Defendant ZIH Corporation.(Barbiere, Lawrence) (Entered: 01/12/2004) |
| 01/12/2004 | 16 | [STRICKEN PER BARBIERE'S OFFICE, WILL RESUBMIT CORRECT DOCUMENT 1/13/04] MOTION to Dismiss by Defendant ZIH Corporation. Responses due by 2/5/2004 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Barbiere, Lawrence) Modified TEXT on 1/13/2004 (rp1, ). (Entered: 01/12/2004) |
| 01/13/2004 | | NOTICE TO COUNSEL re 16 MOTION to Dismiss - ENTIRE DOCUMENT STRICKEN; Per Counsel for ZIH Corp, Correct Document will be filed this date 1/13/04... (rp1, ) (Entered: 01/13/2004) |
| 01/13/2004 | 17 | MOTION to Stay *and Transfer of Paxar Americas, Inc.'s Amended Complaint* by Defendant ZIH Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Barbiere, Lawrence) (Entered: 01/13/2004) |

| 01/30/2004 | ●18 | MOTION to Strike *Responses of Defendants' Answer 15 for Failure to Comply with Rule 8(b) Fed. R. Civ.P.* by Plaintiff Paxar Americas Inc. (Attachments: # 1 # 2)(Greer, David) Modified on 2/19/2004 to create a relationship to doc #15 (sc1, ). (Entered: 01/30/2004) |
| --- | --- | --- |
| 02/02/2004 | ● | ORDER sustaining 10 Motion for Leave to Appear pro hac vice of Brian M. Gaff, sustaining 11 Motion for Leave to Appear pro hac vice of William A. Meunier, sustaining 12 Motion for Leave to Appearpro hac vice of Douglas J. Kline, sustaining 13 Motion for Leave to Appearpro hac vice of Christopher W. Stamos . Signed by Judge Walter H Rice on 2/2/04. (kse1, ) (Entered: 02/02/2004) |
| 02/02/2004 | ●19 | Joint MOTION to Stay *Action Pending Judicial Determination and to Withdraw ZIH's Motion to Stay and/or Transfer* by Plaintiff Paxar Americas Inc, Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 02/02/2004) |
| 02/03/2004 |  | ***Attorney Brian M. Gaff for ZIH Corporation, William A Meunier for ZIH Corporation, Douglas J Kline for ZIH Corporation, Christopher W Stamos for ZIH Corporation added. (re1, ) (Entered: 02/03/2004) |
| 02/19/2004 | ●20 | MOTION to Stay re 18 Supplemental MOTION to Strike *Responses of Defendants' Answer for Failure to Comply with Rule 8(b) Fed. R. Civ.P.* by Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 02/19/2004) |
| 03/16/2004 | ●21 | CORPORATE DISCLOSURE STATEMENT *Per S.D. Ohio Civ.R. 3.4 of ZEBRA TECHNOLOGIES CORPORATION*. (Barbiere, Lawrence) (Entered: 03/16/2004) |
| 03/16/2004 | ●22 | CORPORATE DISCLOSURE STATEMENT *Per S.D. Ohio Civ. R. 3.4* by Defendant ZIH Corporation. (Barbiere, Lawrence) (Entered: 03/16/2004) |

| | | |
|---|---|---|
| 04/06/2004 | 23 | MOTION for Leave to Appear *Pro Hac Vice of Richard Myrus* by Defendants ZIH Corporation, Zebra Technologies Corporation. (Barbiere, Lawrence) (Entered: 04/06/2004) |
| 04/07/2004 | | PHV Filing fee: $ 50.00, receipt number 318761 for Richard Myrus (phil, ) (Entered: 04/07/2004) |
| 04/07/2004 | | NOTATION ORDER sustaining 23 Motion for Leave to Appear Richard Myrus Pro Hac Vice . Signed by Judge Walter H Rice on 4/7/04. (kse1, ) (Entered: 04/07/2004) |
| 07/16/2004 | | NOTATION ORDER sustaining 19 Motion to Stay Action Pending Judicial Determination in pending Massachusetts case. Signed by Judge Walter H Rice on 7/16/04. (kse1, ) (Entered: 07/16/2004) |
| 07/16/2004 | 24 | ORDER - Pursuant to the Stay Order of 7/16/2004, it is hereby ordered that the above captioned cause be administratively processed. Signed by Judge Walter H Rice on 7/16/2004. (sc, ) (Entered: 07/16/2004) |
| 07/16/2004 | | ***Civil Case Terminated. (sc, ) (Entered: 07/16/2004) |
| 02/25/2005 | 25 | NOTICE by Defendants ZIH Corporation, Zebra Technologies Corporation *OF WITHDRAWAL AS COUNSEL OF BRIAN M. GAFF* (Barbiere, Lawrence) (Entered: 02/25/2005) |
| 03/03/2005 | 26 | Joint MOTION To Lift Stay And Transfer To Massachusetts by Plaintiff Paxar Americas Inc. (Krumholtz, Michael) (Entered: 03/03/2005) |
| 03/07/2005 | | NOTATION ORDER: sustaining 26 Joint MOTION To Lift Stay And Transfer To Massachusetts filed by Paxar Americas Inc, stay lifted; case transferred for consolidation with the Massachusetts litigation, ZIH Corp v Paxar Corporation, Civil Action No. 03-CV-12358DPW; case terminated on docket of this Court. Signed by Judge Walter H Rice on 3/4/05. |

(kse1, ) (Entered: 03/07/2005)

United States District Court
Office of the Clerk
District of Massachusetts #1
Courthouse Way, Ste 2300
Boston, MA 02210