UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| PAXAR AMERICAS INC., | ) | |
| | ) | |
| Plaintiff, | ) | CA No. 05-CV-11233-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| ZIH CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

_____)


NOTICE OF APPEARANCE FOR ERIK PAUL BELT

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the plaintiff, Paxar Americans Inc., in the above-captioned case.


Dated: July 6, 2005


/s/ Erik P. Belt
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com


02864/00501  415857.1