UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paxar Americas, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ZIH Corporation et al., <br><br> Defendant. | C.A. No.: 1:05-cv-11233-DPW |

## NOTICE OF APPEARANCE FOR RICHARD MYRUS, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the defendants, ZIH Corp. and Zebra Technologies Corporation, in the above-captioned case.

Dated:   July 7, 2005

Respectfully submitted,

s/ Richard Myrus
Richard Myrus, BBO# 638793
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
rmyrus@goodwinprocter.com

Attorneys for ZIH Corp. and
Zebra Technologies Corporation