UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paxar Americas, Inc.,<br><br>   Plaintiff,<br><br>  v.<br><br>ZIH Corporation, et al.<br><br>   Defendants. | C.A. No.: 1:05-cv-11233-DPW |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Paxar Americas Inc. ("Paxar") and defendants ZIH Corporation and Zebra Technologies Corporation hereby stipulate to the dismissal without prejudice of Paxar's complaint in this matter.

The parties agree that each party will bear its own costs, expenses and attorneys fees incurred in this case.

IT IS SO ORDERED

This the ___ day of _____ 2005.

                _____
                United States District Court Judge

Dated:   July 7, 2005           Respectfully submitted,

s/ Erik P. Belt               s/ Richard Myrus
Erik P. Belt                 Richard Myrus, BBO# 638793
Bromberg & Sunstein LLP        Goodwin Procter LLP
125 Summer Street           Exchange Place
Boston, MA 02110           53 State Street
(617) 443-9292             Boston, MA 02109
                      (617) 570-1000

Attorneys for Plaintiff Paxar Americas, Inc.   Attorneys for Defendants ZIH Corp.
                            and Zebra Technologies Corporation