UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paxar Americas, Inc.,<br><br>        Plaintiff,<br><br>        v.<br><br>ZIH Corporation, et al.<br><br>        Defendants. | C.A. No.: 1:05-cv-11233-DPW |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Paxar Americas Inc. ("Paxar") and defendants ZIH Corporation and Zebra Technologies Corporation hereby stipulate to the dismissal without prejudice of Paxar's complaint in this matter.

The parties agree that each party will bear its own costs, expenses and attorneys fees incurred in this case.

IT IS SO ORDERED

This the 11th day of July 2005.

                                                                                                 United States District Court Judge

| | |
|---|---|
| Dated: July 7, 2005 | Respectfully submitted, |
| s/ Erik P. Belt<br>Erik P. Belt<br>Bromberg & Sunstein LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 443-9292 | s/ Richard Myrus<br>Richard Myrus, BBO# 638793<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000 |
| Attorneys for Plaintiff Paxar Americas, Inc. | Attorneys for Defendants ZIH Corp.<br>and Zebra Technologies Corporation |